UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                             CHAPTER 13
PHILLIP T. MC PHERSON
JULIANA M. MC PHERSON                              CASE NO.  12-81563

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    US Bank NA                    **Court claim #: 9**

**Last four digits** of any number used to identify the debtor's account: 2876

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $14570.32 (Per Creditor's allowed Proof of Claim |
| | +  450.00 (Per Allowed Cost of Collection Claim |
| | $15020.32 |
| Amount Paid by Trustee | $15020.32 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   6/12/17                    /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of June, 2017.

Dated:   6/12/17                    /s/Cynthia K. Burnard

US BANK NA
BANKRUPTCY DEPARTMENT
4801 FREDERICA STREET
OWENSBORO, KY 42301

US BANK
PO BOX 21948
SAINT PAUL, MN  55121-4201

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

PHILLIP T. MC PHERSON
JULIANA M. MC PHERSON
702 S. OLBRICH RD.
HARVARD, IL  60033

ERIC PRATT LAW FIRM PC
3957 NORTH MULFORD RD., SUITE C
ROCKFORD, IL  61114